# Third District Court of Appeal

## State of Florida

Opinion filed April 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1825
Lower Tribunal No. F13-7027B
_____

**Orlando Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Law Offices of Jason T. Forman, P.A., and Jason T. Forman (Fort Lauderdale), for appellant.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LINDSEY, BOKOR, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Marrero v. State</u>, 967 So. 2d 934, 936 (Fla. 2d DCA 2007); <u>Smith v. State</u>, 886 So. 2d 336, 338 (Fla. 5th DCA 2004).